IN THE UNITED STATES DISTRIC COURT
DISTRICT OF MAINE

| | |
|---|---|
| Khalif Williams,<br><br>                Plaintiff,<br><br>v.<br><br>James M. Murray, Director, United States Secret Service,<br>Robert Young, Piscataquis County Sheriff, and<br>Michael Sauschuck, Commissioner, State of Maine Department of Public Safety<br><br>                Defendants. | CIVIL NO. 1:20-cv-195-LEW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Khalif Williams, Plaintiff and files this Notice of Voluntary Dismissal pursuant to F.R.Civ.P. 41(A)(i). In support hereof, Plaintiff now asserts as follows:

1. Plaintiff filed this action on June 4, at approximately 5 PM.
2. The opposing parties have not yet filed an answer or a motion for summary judgment.
3. Plaintiff files this dismissal knowingly and voluntarily.

WHEREFORE Plaintiff files this notice of dismissal and requests this Court dismiss this matter.

Dated: June 8, 2020                                        Respectfully Submitted,

/s/Logan E. Perkins
Logan E. Perkins, Esq.
ME Bar No. 5033
253 Waldo Ave.
Belfast, ME 04915
(207) 949-7371
logan@belfastcriminallaw.com

CERTIFICATE OF SERVICE

Undersigned counsel served this Notice of Dismissal on the Defendants in this matter via the same means as previously used to send Defendants the Complaint and Motion for Temporary Restraining Order, namely by emailing the United States Attorney for the District of Maine at usame.ecf@usdoj.gov, and the Attorney General for the State of Maine at aaron.frey@maine.gov.

Dated:  June 8, 2020                         /s/Logan E. Perkins

                                             Logan E. Perkins, Esq.